[Nos. 32622-5-III; 32624-1-III. Division Three. June 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS EDWARD KIVETT, *Appellant*.

*Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32209-2-III. Division Three. June 18, 2015.]

MAUREEN ERICKSON, *Appellant*, v. WILLIAM BETHMANN ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 32999-2-III. Division Three. June 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKEY LEE KITCHENS, *Appellant*.

*Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J.